UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61250-CIV-HURLEY
(93-6104-CR-HURLEY)
MAGISTRATE JUDGE P.A. WHITE

JAMES MCGEE, :

    Movant, : <u>ORDER OF DISMISSAL</u>
<u>FOR FAILURE TO FILE</u>
v. : <u>AUTHORIZATION REQUIRED BY</u>
<u>28 U.S.C. §2244(b)(3)</u>
UNITED STATES OF AMERICA, :

    Respondent. :
_____

    For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

    ORDERED AND ADJUDGED as follows:

    1.  This case is dismissed for failure of the movant to obtain from the Eleventh Circuit Court of Appeals the authorization required by 28 U.S.C. §2244(b)(3).

    2.  All motions not otherwise ruled upon are dismissed, as moot.

    3.  This case is closed.

    DONE AND ORDERED at W. Palm Beach, Florida, this 26th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

cc:  James McGee, <u>Pro Se</u>
     Reg. No. 29927-004
     Address of record

     AUSA